## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ADRIAN BUTLER,** | ) |
|       **Plaintiff,** | ) |
|       vs. | )    CIVIL NO. 16-cv-866-JPG-CJP |
| **CAROLYN W. COLVIN,** | ) |
|       **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff, Adrian Butler, and against defendant Carolyn W. Colvin, Acting Commissioner of Social Security.

      **DATED:** November 28, 2016

      **JUSTINE FLANAGAN**
      **Acting Clerk of Court**

      **BY:** *s/Tina Gray*
           **Deputy Clerk**

**APPROVED:**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**